*v United States Rubber Co.*, 19 AD2d 812), we are unable to determine whether they should be dismissed.

We therefore modify the order by granting that part of the motion of the Town for summary judgment dismissing the complaint against it and otherwise affirm. (Appeal from Order of Supreme Court, Yates County, Falvey, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Callahan, Doerr and Boehm, JJ.

■■■ TOWN OF MACEDON, Respondent, v DAVID MORRISON, Appellant. [668 NYS2d 134] —Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Parenti, J. (Appeal from Order and Judgment of Supreme Court, Wayne County, Parenti, J.—Contempt.) Present—Pine, J. P., Hayes, Callahan, Doerr and Boehm, JJ.

■■■ In the Matter of SARAH L. and Others, Infants. KIM S., Appellant; ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 1.) [667 NYS2d 960] —Appeal unanimously dismissed without costs (*see, Matter of Lisa E.* [appeal No. 1], 207 AD2d 983). (Appeal from Order of Erie County Family Court, Townsend, J.—Terminate Parental Rights.) Present—Pine, J. P., Hayes, Callahan, Doerr and Boehm, JJ.

■■■ In the Matter of SARAH L. and Others, Infants. KIM S., Appellant; ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [667 NYS2d 961] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, Townsend, J. (Appeal from Order of Erie County Family Court, Townsend, J.—Terminate Parental Rights.) Present—Pine, J. P., Hayes, Callahan, Doerr and Boehm, JJ.

■■■ DAVID H. DARNLEY, Appellant, v GENEVIEVE I. JOHNSTON et al., Respondents, et al., Defendants. [668 NYS2d 127] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Sconiers, J. (Appeal from Order of Supreme Court, Erie County, Sconiers, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Callahan, Doerr and Boehm, JJ.

■■■ JEANNIE L. PROSSER, Individually and as Parent and Natural Guardian of JEFFREY A. HUNT, an Infant, Appellant, v COUNTY OF ERIE et al., Respondents, et al., Defendants. [665 NYS2d 216] —Order unanimously reversed on the law without costs, motion denied and complaint reinstated. Memorandum: Plaintiff commenced this action for damages sustained by her eight-year-old son on June 11, 1992, when he fractured both